UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

Jonathan Lee Riches©,
Plaintiff

1:07-CV-2323

CIVIL NO:

DEC 26 1997

MARY E. D'ANDREA, CLERK
Per _____

V.

HARRISON FORD A/K/A Indiana Jones,
CALISTA FLOCKhart,
Defendant's

Complaint
"FCI Williamsburg is a Temple of Doom, I need Ally McBeal"

Comes now the Plaintiff, Jonathan Lee Riches, in pro-se, Moves under 42 USC 1983. Harrison Ford is not rescuing me at FCI williamsburg. I'm in solitary confinement, A temple of doom. I see no sunlight outside. I get fed through food slots, food only with transfat, but no nutritional value. I wrote letters to my Lawyer Calista Flockhart a/k/a Ally McBeal, she responded once on 12-11-07, she said I'm skinny Jewish Kid, she hopes I get burned with Hanukkah candles. Defendant Ford is responsible for the Algiera car Bombings on 12-11-07. This is unconstitutional with my conditions. Defendant's violated my civil rights. Ford lost the Arck. Ford also Bankrupted Ford Motors. Flockhart broke my heart in not defending my 6th amendment rights. I seek 25 million dollars, Ford needs to rescue me with Star wars buddies cause Luke is using the force Against me on 12-10-07.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully submitted
Jonathan Lee Riches©

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
17 DEC 2007 PM 2 T

United States District Court
Middle District of Pennsylvania
Clerk of Court
228 Walnut St.
Harrisburg, PA 17108

17108+3800

Legal Mail